615 A.2d 336

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Jason William WOLFE.**

Supreme Court of Pennsylvania.

Argued May 8, 1992.

Decided Oct. 26, 1992.

Syndi L. Norris, Asst. Dist. Atty. and Alison Taylor, Carlisle, for appellant.

H. Anthony Adams, Shippensburg, for appellee.

208

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.

McDERMOTT, J., did not participate in the decision of this case.